IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
THOMASVILLE DIVISION

| | |
|---|---|
| **JACKIE HUMPHRIES,** : | |
| Claimant : | |
| : | |
| v. : | CASE NO. 6:04-CV-43 (HL) |
| : | |
| **JO ANNE B. BARNHART,** : | |
| **COMMISSIONER OF** : | |
| **SOCIAL SECURITY,** : | |
| : | SOCIAL SECURITY APPEAL |
| Defendant : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 18) filed May 3, 2005 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

The objection to the Recommendation filed by the claimant (Doc. 19) on May 17, 2005 has also been thoroughly read and considered and is found to be without merit.

**SO ORDERED,** this the 7th day of July, 2005.

s/ Hugh Lawson
HUGH LAWSON, Judge
United States District Court