IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
THOMASVILLE DIVISION

| | |
|---|---|
| JACKIE HUMPHRIES, : | |
| : | |
| Claimant, : | |
| : | |
| v. : | Case No. |
| : | 6:04-CV-43 (HL) |
| JO ANNE BARNHART, : | |
| COMMISSIONER OF : | |
| SOCIAL SECURITY, : | |
| : | SOCIAL SECURITY |
| Defendant. : | APPEAL |

# **O R D E R**

The Order entered in this case on July 14, 2005, is hereby modified in that the Court strikes the following two sentences on the Order's third page, "Further, while some district courts provide opportunities for a party to file a response to objections to a Magistrate Judge's R&R, the Court is aware of no such opportunity existing in this district.  Consequently, Defendant has not been heard regarding this issue." (Ord. at 3; Doc. 23.)

Defendant was entitled to respond to Claimant's Objections under Federal Rule of Civil Procedure 72(b).  Nevertheless, the Court still desires Defendant's arguments regarding the issue discussed in the July 14, 2005, Order, and the Magistrate's consideration of those arguments on remand.  Therefore, the commands of the July 14, 2005, Order remain unaffected by this modification.

**SO ORDERED**, this the 15th day of July, 2005.

/s/ Hugh Lawson
**HUGH LAWSON**, Judge

jmb